UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Val Bernard Stanger,

        Plaintiff,

v.

Carolyn Colvin,
Acting

        Defendant.

Case No. 14-cv-3254 ADM/FLN

ORDER

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 23, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED**;

2. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**;

3. The Commissioner's decision is **AFFIRMED** and the case **is DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 14, 2015                s/Ann D. Montgomery
                                                        ANN D. MONTGOMERY
                                                        United States District Court Judge